IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMALA KATHLEEN DOVEL,<br>*Plaintiff*<br><br>v.<br><br>LANCASTER COUNTY et al.,<br>*Defendants* | Civil No. 24-0467 |

## ORDER

**AND NOW**, this 17th day of March, 2025, in light of the filing of Plaintiff's amended complaint (ECF No. 16) and Defendant Lancaster County's subsequent motion to dismiss the amended complaint (ECF No. 21), it is hereby **ORDERED** that Defendant's motion to dismiss the original complaint (ECF No. 11) is **DENIED** as moot.

BY THE COURT:

_____
MARY KAY COSTELLO, J.

1