IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMALA KATHLEEN DOVEL, Administrator of the Estate of PAUL WILLIAM REARDON,**<br>    *Plaintiff,*<br><br>                     **v.**<br><br>**LANCASTER COUNTY, et al.,**<br>    *Defendants.* | Civil No. 24-0467 |

## ORDER

**AND NOW,** on this 2nd day of December, 2025, upon consideration of Defendants Timothy Ferstlee, Brian Weaver, John Nickolas, William McKusker, Louis Chirichello, Parker Beatty, Thomas Jenkins, Anthony Kipe, and Naeb Mengisteab's Motion to Dismiss (ECF No. 39) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

BY THE COURT:

_____
MARY KAY COSTELLO, J.